AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 20, 2026**

SEAN F. McAVOY, CLERK

TAMI DANA and ROBERT DANA, )
*Plaintiff* )
v. )  Civil Action No.   2:25-CV-0203-TOR
)
)
ALLSTATE VEHICLE AND PROPERTY INSURANCE )
COMPANY, a foreign insurer,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    The parties' Stipulated Motion to Dismiss (ECF No. 20) is GRANTED.
Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is DISMISSED with prejudice and without costs
or attorneys' fees to any party.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Thomas O. Rice

Date:  March 20th, 2026          CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*